**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00033-REB-MEH

CARMEN MIRIAM BOHLANDER,

    Plaintiff,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal With Prejudice** [#12] filed April 14, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#12] filed April 14, 2009, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 14, 2009, at Denver, Colorado.

                        BY THE COURT:

                        */s/ Bob Blackburn*
                        Robert E. Blackburn
                        United States District Judge